# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WM. T. BURNETT FIBER LLC**<br><br>            Plaintiff,<br><br>v.<br><br>**MILLIKEN & COMPANY**<br><br>and<br><br>**PRECISION CUSTOM COATINGS I, LLC**<br><br>            Defendants. | Civil Action No.: 11- 01828 - ELH |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE
## AS TO ITS CLAIMS AGAINST DEFENDANT MILLIKEN ONLY

Plaintiff Wm. T. Burnett Fiber LLC ("Burnett") and Defendant Milliken & Company ("Milliken") having settled their dispute by an agreement pursuant to which Milliken has entered into a patent license agreement with Burnett; Burnett by its undersigned counsel, pursuant to F. R. Civ. P., Rule 41(a), files this Notice of Dismissal With Prejudice As to Its Claims Against Defendant Milliken Only.

Plaintiff intends to file a First Amended Complaint against Defendant Precision Custom Coatings I, LLC ("Precision"), the existing Complaint remaining operative against Precision until then. The previously stated claims against Defendant Milliken will be deleted in the First Amended Complaint.

  /s/ James K. Archibald  
James K Archibald, D. Md. Bar No. 00097  
Chief Litigation Counsel  
1500 Bush Street  
Baltimore, Maryland 21230  
410-783-0144  
jima@wmtburnett.com

*Attorney for Wm. T. Burnett Fiber LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that service of this PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO ITS CLAIMS AGAINST DEFENDANT MILLIKEN ONLY was accomplished by sending it this 8th day of September, 2011, by United States Mail, first class, postage prepaid, to:

>Gregory L. Maag, Esq.
>Conley Rose, P.C.
>600 Travis Street
>71st Floor
>Houston, Texas 77002
>
>*Attorney for Precision*

and

>Mark C. Dukes, Esq.
>Meridian
>17th Floor
>1320 Main Street
>Columbia, SC  29201
>
>*Attorney for Milliken & Company*

>      /s/ James K. Archibald
>    James K Archibald